**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-01174-LTB-MJW

YVONNE ELVENIA,

       Plaintiff,

v.

LaSALLE BANK, NATIONAL ASSOCIATION,
LAUREN R. SMITH, Reg. No. 36316,
THE LAW FIRM OF CASTLE, MEINHOLD & STAWIARSKI, LLC,
ANNA MARIE PETERS-RUDDICK,

       Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Plaintiff's Motion for Voluntary Dismissal (Doc 8 - filed December 18, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED: December 22nd, 2008